NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEITH N. AIKEN,**
*Petitioner*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent*

---

2015-3180

---

Petition for review of the Merit Systems Protection Board in No. DA-0752-14-0152-I-1.

---

**JUDGMENT**

---

KEITH N. AIKEN, Vine Grove, KY, pro se.

ALEXANDER ORLANDO CANIZARES, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DEBORAH A. BYNUM.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* DYK and TARANTO, *Circuit Judges*).

## AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


December 11, 2015        /s/ Daniel E. O'Toole
Date                Daniel E. O'Toole
                  Clerk of Court